DOC NO
REC'D/FILED
JUN 27 AM 7:30
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

CORY HEREFORD,

Defendant.

INDICTMENT

Case No. 19 CR 87 WMC

18 U.S.C. § 1591
18 U.S.C. § 2260A

THE GRAND JURY CHARGES:

COUNT 1

From on or about September 1, 2017, to on or about October 1, 2017, in the Western District of Wisconsin and elsewhere, the defendant,

CORY HEREFORD,

knowingly recruited, enticed, harbored, transported, and maintained by any means "Jane Doe 1," in and affecting interstate commerce, having had a reasonable opportunity to observe "Jane Doe 1," and knowing, or in reckless disregard of the fact, that "Jane Doe 1" had not attained the age of 18 years and would be caused to engage in a commercial sex act.

(In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), & (c)).

COUNT 2

From on or about September 1, 2017, to on or about October 1, 2017, in the Western District of Wisconsin and elsewhere, the defendant,

CORY HEREFORD,

who has a prior conviction under Wis. Stat. 948.02 (Second Degree Sexual Assault of a Child), a felony in the State of Wisconsin, and who is required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1591, as charged in Count 1 of this indictment.

(In violation of Title 18, United States Code, Section 2260(A).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 6/26/2019

For SCOTT C. BLADER
United States Attorney